UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEFFREY  WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-02022-TWP-DML |
| | ) | |
| AETNA  LIFE INSURANCE COMPANY, | ) | |
| ERNST AND YOUNG U.S. LLP LTD PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## Order Directing Filing of Documents Authorizing Dismissal

The court has been advised that the parties have agreed to a settlement of this case.

Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered

dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty days of the date of this entry, counsel for the plaintiff shall file a motion to

dismiss this cause and submit an order for the Court's signature ordering the dismissal of this

action or a stipulation of dismissal (consistent with the agreement of the parties).  Additional

time to complete the execution of the settlement documents may be granted if requested in

writing before expiration of this period.

So ORDERED.

Date: April 2, 2015

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system