UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY WARREN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:14-cv-02022-TWP-DML |
| AETNA LIFE INSURANCE COMPANY and ERNST AND YOUNG U.S. LLP LTD PLAN, | ) ) ) ) |
| Defendants. | ) ) |

ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having examined said stipulation and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

4/23/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Kimberly A. Jones
kimberly.jones@ogletreedeakins.com

Eric P. Mathisen
eric.mathisen@ogletreedeakins.com

Bridget O'Ryan
boryan@oryanlawfirm.com

20996270.1